**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - DAVID CHANG, Defendant. | **C.A. No. 03-482-T** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DEPOSITION TRANSCRIPT**

Plaintiff Hasbro, Inc. ("Hasbro") hereby moves for leave to file with the Court the transcript of the deposition of Defendant David Chang ("Chang"). As explained in the accompanying Memorandum of Law, Hasbro would file this deposition transcript in order to make the transcript available for the Court's consideration of Hasbro's contemporaneously-filed

Motion to Adjudge Defendant David Chang in Contempt for failure to comply with an order directing certain discovery.

Dated: August 18, 2005

Respectfully submitted,
HASBRO, INC.
By its attorneys,

Joseph Avanzato [# 4774]
Jeffrey K. Techentin [# 6651]
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Attorneys for Plaintiff Hasbro, Inc.

Of Counsel:

Kim J. Landsman
Sneha Desai
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000
*(Appearing Pro Hac Vice)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August, 2005, a copy of the within Motion for Leave to File Deposition Transcript was served via first class mail, postage prepaid, on the following:

**DAVID CHANG**
**535 West Duarte Road**
**Unit 5**
**Arcadia, CA 91007**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

- against -

DAVID CHANG,

Defendant.

C.A. No. 03-482-T

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE DEPOSITION TRANSCRIPT**

Plaintiff Hasbro, Inc. ("Hasbro") respectfully submits this memorandum of law in support of its motion for leave to file the transcript of the deposition of Defendant David Chang ("Chang") in order to assist the Court in its consideration of Hasbro's contemporaneously-filed Motion to Adjudge Defendant David Chang in Contempt (the "Contempt Motion").

Hasbro has brought the Contempt Motion because of Chang's persistent refusal to provide discovery in accord with his discovery obligations and the explicit order of this Court. As explained in Hasbro's memorandum in support of the Contempt Motion, one salutary purpose of the contempt powers afforded by Rule 37 of the Federal Rules of Civil Procedure is to punish (and deter) dilatory discovery tactics. While Chang's failure to produce documents compelled by this Court provides ample evidence of his disregard of his obligations to merit an adjudication of contempt, the full transcript of the deposition makes it all too clear that, at least as far as discovery is concerned, Chang has no intention of comporting himself in accord with the Rules

of Civil Procedure or the rules and orders of this Court. Such testimony is relevant to the appropriate sanction for Chang's contumacious behavior.

Hasbro does not believe that the Court need consider the deposition in its entirety, and has therefore directed the Court to specific citations to the deposition testimony in its memorandum of law in support of the Contempt Motion. Should the Court find it necessary or helpful to review the cited deposition testimony in greater context, however, Hasbro would make available the full transcript for the Court's consideration, and can do so only with the Court's leave. *See* Amended General Order 2002-1. Accordingly, Hasbro respectfully requests leave to file the deposition transcript with the court clerk.

Dated: August 18, 2005

Respectfully submitted,
HASBRO, INC.
By its attorneys,

Joseph Avanzato [# 4774]
Jeffrey K. Techentin [# 6651]
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Attorneys for Plaintiff Hasbro, Inc.

Of Counsel:

Kim J. Landsman
Sneha Desai
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000
*(Appearing Pro Hac Vice)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August 2005, a copy of the within Memorandum of Law in Support of Motion for Leave to File Deposition Transcript was served via first class mail, postage prepaid, on the following:

**DAVID CHANG**
**535 West Duarte Road**
**Unit 5**
**Arcadia, CA 91007**