UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

HASBRO, INC.,

Plaintiff,

- against -

DAVID CHANG,

Defendant.

C.A. No. 03-482-T

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DEPOSITION TRANSCRIPT**

Plaintiff Hasbro, Inc. ("Hasbro") hereby moves for leave to file with the Court the transcript of the deposition of Defendant David Chang ("Chang"). As explained in the accompanying Memorandum of Law, Hasbro would file this deposition transcript in order to make the transcript available for the Court's consideration of Hasbro's contemporaneously-filed

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐

Ernest C. Torres, Chief Judge
Date: 9/13/05

GRANTED, no objection having been filed.

DAVID L. MARTIN
United States Magistrate Judge
September 15, 2005