UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.,
Plaintiff

v.                                  C.A. No. 03-482T

DAVID CHANG,
Defendant

## O R D E R

Plaintiff's Motion to Adjudge Defendant David Chang in Contempt is hereby referred to Magistrate Judge David L. Martin for Report and Recommendation.

The Magistrate Judge is directed to recommend whether the Defendant should be adjudged in contempt, or in the alternative, that the Defendant's counterclaims should be dismissed and/or default should be entered against the Defendant with regard to Plaintiff's claims.

In addition, the Magistrate Judge is hereby directed to recommend in his report as to whether or not the Defendant should be ordered to pay the Plaintiff's costs and attorneys' fees incurred in the filing and prosecution of this motion.


ENTER:                              BY ORDER:


_____           _____
Ernest C. Torres                    Deputy Clerk
Chief Judge
Dated: 9/19/05