**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| HASBRO, INC., | : **C.A. No. 03-482-T** |
| Plaintiff, | : **SECOND SUPPLEMENTAL** |
| | : **DECLARATION OF SNEHA** |
| - against - | : **DESAI IN SUPPORT OF** |
| | : **PLAINTIFF'S MOTION TO** |
| DAVID CHANG, | : **ADJUDGE DEFENDANT** |
| | : **DAVID CHANG IN** |
| Defendant. | : **CONTEMPT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SNEHA DESAI, under penalty of perjury, declares as follows:

1. I am associated with the firm of Patterson, Belknap, Webb & Tyler LLP, attorneys for plaintiff Hasbro, Inc. ("Hasbro"). I submit this second supplemental declaration based on personal knowledge in support of Hasbro's motion for an order adjudging Defendant David Chang ("Chang") in contempt for failing to comply with the Court's May 5,2005 Order compelling the production of documents.

2. This declaration is submitted to bring to the Court's attention recent developments that are relevant to the remedy of default that Hasbro seeks in connection with its motion for contempt.

3. As stated in my prior declarations dated August 17,2005 and September 7,2005, Chang has failed – for over ten months now – to adequately respond to Hasbro's discovery requests. Chang's actions led Hasbro to file a motion to adjudge Chang in contempt on August 19,2005, and file supplemental papers on September 8,2005.

4. The Court held a hearing on Hasbro's motion for contempt on October 7, 2005. Chang appeared, but did not provide any legitimate explanation as to why he had not complied with his discovery obligations. Even after the hearing was over, Chang did not provide any of the outstanding documents to which Hasbro is entitled, or provide an explanation for their non-production.

5. The pretrial order in this case provides that each party file a Pretrial Memorandum 60 days after the Closure Date, which was August 19,2005. It further provides that "Any claims, defenses and/or arguments not included in the Pretrial Memorandum shall be deemed waived whether or not they are contained in the pleadings." Hasbro filed its Pretrial Memorandum on October 18,2005, in compliance with the pretrial order. Chang has failed to file his Pretrial Memorandum.

I declare under penalty of pejury that the foregoing is true and correct.

Executed on October 27,2005, in New York, New York.

SNEHA DESAI

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October 2005, a copy of the within Second Supplemental Declaration of Sneha Desai in Support of Plaintiff's Motion to Adjudge Defendant David Chang in Contempt was served via first class mail, postage prepaid, on the following:

**DAVID CHANG**
**535 West Duarte Road**
**Unit 5**
**Arcadia, CA 91007**

Kathleen A. Mooney

359602_1.doc