UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.

   v.        CA No. 03-482-T

DAVID CHANG

### ORDER DISMISSING DEFENDANT'S COUNTERCLAIMS AND ADJUDGING DEFENDANT IN CONTEMPT

Plaintiff's Motion to Adjudge Defendant David Chang in Contempt for failure to comply with the Court's May 5, 2005, order compelling the production of documents is hereby GRANTED; and, as a sanction for not complying with the May 5, 2005, order, the defendant's counterclaims are hereby dismissed and default judgment shall be entered against the defendant with regard to plaintiff's claims.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: 2/17, 2006

SCANNED