**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Hasbro, Inc.,
Plaintiff

    vs.                                      C.A. No. 03-482T

DAVID CHANG,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to an Order entered on February 17th, 2006 by this Court, default judgment hereby enters for Plaintiff Hasbro Inc. against Defendant David Chang. Further, Defendant Chang's counterclaims are hereby dismissed.

                                                    Enter:

                                                    Deputy Clerk

Dated: February 17th, 2006