**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - DAVID CHANG, Defendant. | **C.A. No. 03-482-T** **DECLARATION OF SNEHA DESAI IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE JUDGMENT TO PROVIDE FOR AN INJUNCTION AND MONETARY RELIEF** |

SNEHA DESAI, under penalty of perjury, declares as follows:

1. I am associated with the firm of Patterson, Belknap, Webb & Tyler LLP, attorneys for Plaintiff Hasbro, Inc. ("Hasbro"). I submit this declaration based on personal knowledge in support of Hasbro's motion to amend the judgment to provide for an injunction and monetary relief.

2. Attached as Exhibit A is a true and correct copy of the Judgment entered February 21, 2006 in the above-captioned matter.

3. Attached as Exhibit B is a true and correct copy of the relevant pages from the deposition of David Chang, taken on August 5, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2006, in New York, New York.

SNEHA DESAI



1260363v1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Hasbro, Inc.,
Plaintiff

vs. C.A. No. 03-482T

DAVID CHANG,
Defendant

# JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

Pursuant to an Order entered on February 17th, 2006 by this Court, default judgment hereby enters for Plaintiff Hasbro Inc. against Defendant David Chang. Further, Defendant Chang's counterclaims are hereby dismissed.

Enter:

Deputy Clerk

Dated: February 17th, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC., )
)
Plaintiff, )
)
- against - ) C.A. No. 03-482-T
)
DAVID CHANG, )
)
Defendant. )
)

DEPOSITION OF DAVID CHANG
Los Angeles, California
Friday, August 5, 2005

Reported by:
AUDREY L. MOLINAR
CSR No. 12462
Job No. 42757S

Page 222

Q Do you have any plans to sell it through any retailers?

A Just whatever resellers that you see here (indicating), if they want to reorder from me; that's pretty much it.

Q And see here, you're pointing to No. 5 on Exhibit 9?

A Yes.

Q I'm sorry; you were saying something. You started to say the majority of them....

A A lot of those people on the list was just -- they're a one-time purchase. I didn't --

Q So you don't actively try to resell to these people; only if they approach you again you'd consider it?

A Depending on who, I guess, yes.

Q Well, is there anyone there who you actively try to resell to?

A Well, I guess with Marz Distribution I, you know, probably call them a few times to see if they want to reorder, but, I don't know.

Q And who are they? How do they sell their games? Through stores or their web site or...?

A Well, actually with the games that they order from me, I would say 95 percent of it went to a place called play.com.

Page 223

Q Okay.

A So they were just the middleman for -- and since Marz Distribution didn't reorder from me, which I think is kind of weird.

Q Is kind of what?

A It's weird.

Q Why?

A Why? Because I guess, you know, the -- the stuff is actually featured -- they're actually, I guess, quite a large distribution company and the games actually -- if you click on board games, that's on the No. 3 spots. And for them to put that thing so high -- that's a lot of visibility -- you would think a large company like that, you know, should get -- only the top selling product deserve that high of a spot.

Q Do you know how many -- I mean, do you know if they've already sold all 680 that they bought from you?

A Oh, yeah, they've been gone -- they've been done with inventory, so they said -- because I added up -- I said "Does anyone add up how many games you got left?" They said, "Oh, yeah, they were done for like a couple of months."

Q And did you ask, Do you want more games?

A Yes.

Q And they said no?

A They said they're going wait until they have more

Page 224

orders, but like I said, when I found out about the manufacturer over in China, it's not inconceivable for somebody to approach me to buy a few games where they have a whole supply back there.

Q Why would they do that?

A Why would they do that? Well, if I'm a Chinese manufacturer and I have the ability to pump out as many of these games as I want, basically whatever I sell is -- is money. So if I -- if they're in cahoots with somebody in the States that open -- let's say they open a company -- anybody -- they can say, "Hey, can I get a couple of cases from you?" And I'd say, "Yeah, sure; here you go." And they in turn can basically sell whatever they want.

Q Oh, are you saying it's possible that they buy a few from you and use that to make their own games?

A I wouldn't -- no, I wouldn't say they would make their own game, but I'm saying it's quite possible that whoever -- the web site I found in China that's actually -- pump out the games, they could approach anybody here in the States.

Q Got it.

A That's what I'm saying.

Q So you're saying they might be getting their games through someone else other than you?

A No. No. No. I'm not saying that at all. I'm

Page 225

just saying that it's been quite a while and being that my stuff is still up there, if these things are really not selling, they should have dropped it down to page 4. That's -- I'm just.

Q Do you pay any money for your game to be up there at No. 3?

A No.

Q Do you have any sense, Mr. Chang, up to this day what your total profit has been on your Ghettopoly games?

A I would say the majority of the profit went along with whatever's sitting in Seattle -- a good chunk of it, so I guess --

Q I'm looking for a dollar figure.

A No.

Q You don't know what your dollar figure is?

A The exact from the very beginning till now? I don't know.

Q I'm not looking for exact; I understand you don't know that off the top of your head. I'm looking for a range; your best estimate. I mean, this is your business; this is how you make your living; am I right? So do you know how much money you've made off your business?

A Probably anywhere from 400 to 500,000.

Q And that's profit? Your revenues, obviously, were much greater?

Page 226

A No, I wouldn't say that's -- yeah -- well, that's not exactly profit; it's just that's -- what that's including is the salary I pay myself or my family's.
Q Do you still pay your family salary?
A Not currently, no.
Q You're talking about in the past when you employed them?
A Yeah.
Q How much did you pay them? You paid them hourly or weekly or...?
A Salary.
Q They only worked for you for six months, though; isn't that right?
A Yes.
Q How much did you pay them for the six months? Did you pay each of them the same amount?
A No.
Q What was the range that you paid them for the six months?
A It was -- well, I -- my -- my sister 100,000 and my mom and dad 60.
Q You paid your sister $100,000 for six months' worth of work?
A Yeah.
Q Why did you -- why -- why -- how did you come up

Page 227

with those figures?
A Just at the time that's what I felt like doing.
Q Okay, so was it -- was it a gift or was that actual salary?
A Salary.
Q And you claimed that on your tax returns?
A Yes.
Q And this was around the time when you were selling a lot of the games because of the controversy; am I right?
A Yes.
Q Did you pay your other employees anything comparable to that -- the temps or the -- or Katy?
A No, they get paid hourly, I believe, at the time.
Q Minimum wage?
A No; I forgot -- $8, $9 hour.
Q You paid your parents 60,000 each?
A Yeah.
Q And the 400,000 to 500,000 amount that you said earlier includes those salaries and your salary?
A Yes, somewhat.
Q What do you mean some of it?
A I said somewhat because that's -- that's actually the 60, 60, 100 -- that's actually after taxes.
Q That's after taxes?
A After taxes.

Page 228

Q You're a very generous man, Mr. Chang.
THE VIDEOGRAPHER: This marks the conclusion of DVD No. 3 in the continuing deposition of David Chang. Today's date is August 5, 2005; the time is 4:48 p.m. and we are off the record.
(A short recess was taken.)
THE VIDEOGRAPHER: This marks the beginning of DVD No. 4 in the continuing deposition of David Chang. Today's date is August 5, 2005; the time is 4:49 p.m. and we are back on the record.
Q BY MS. DESAI: Mr. Chang, have you ever used -- well, who created the ghettopoly.com web site?
THE WITNESS: Who created it? The original one was Solid Cactus.
Q Solid Cactus?
A Yes.
Q What are they; a web design firm?
A Yes.
Q Who was the person there who -- who did it?
A I am not sure it was, but the owner -- his name is Joe, but Joe -- once I speak to Joe, it's some other web person that actually do the design part of it.
Q Do you know Joe's last name?
A No.
Q Well, how did you come in contact with Solid

Page 229

Cactus?
A Did a Yahoo search.
Q And this -- your site went up in late February, early March of 2003; is that right?
A Say that again.
Q When did your web site go up?
A I think sometime in March.
Q Okay. 2003?
A Yes.
Q And the artwork that's on the web site comes directly from the game?
A Yes.
Q Who maintains the web site today?
A I do.
Q You update it?
A From what I can, yes.
Q If you can't do it, who helps you with it?
A Well, I don't do any kind of -- once a web site's up, I just change, like, whatever words. So if I need to go through a major design, I would, you know, probably contact a web developing firm to change it for me and it could be anybody.
Q Do you have a continuing relationship with Solid Cactus?
A No, they -- they did the very first web site.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2006 I caused a true and accurate copy of the within Declaration of Sneha Desai in Support of Plaintiff's Motion to Amend the Judgment to Provide for an Injunction and Monetary Relief to be served via first class mail postage prepaid, on the following:

DAVID CHANG
535 West Duarte Road
Unit 5
Arcadia, CA 91007

Kathleen C. Mooney

374156_1.doc