**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - DAVID CHANG, Defendant. | C.A. No. 03-482-T |

**PLAINTIFF'S MOTION FOR AN AWARD OF COSTS**

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, Plaintiff Hasbro, Inc. hereby moves for an award of costs in the above-captioned matter. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: March 7, 2006

Respectfully submitted,
HASBRO, INC.
By its attorneys,

Joseph Avanzato [# 4774]
Jeffrey K. Techentin [# 6651]
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Attorneys for Plaintiff Hasbro, Inc.

Of Counsel:

Kim J. Landsman
Sneha Desai
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000
*(Appearing Pro Hac Vice)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March 2006, a copy of the within Plaintiff's Motion for an Award of Costs was served via first class mail, postage prepaid, on the following:

**DAVID CHANG**
**535 West Duarte Road**
**Unit 5**
**Arcadia, CA 91007**

[signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| HASBRO, INC., Plaintiff, - against - DAVID CHANG, Defendant. | C.A. No. 03-482-T |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF COSTS**

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, Plaintiff Hasbro, Inc. ("Hasbro") respectfully submits this memorandum of law in support of its motion for an award of costs in the above-captioned matter.

On February 21, 2006, this Court entered a Judgment of default against Defendant David Chang. (See Exhibit A).[1] Under 54(d) of the Federal Rules of Civil Procedure, "costs shall be allowed as of course to the prevailing party unless the court otherwise directs." The accompanying Bill of Costs seeks $4,857.60 as reasonable and necessary costs incurred by Hasbro in its lawsuit against David Chang. (Declaration of Sneha Desai, ¶ 3)

The costs of $3,420.60 for court reporter fees are for the only two depositions taken in the case: one of Defendant David Chang in Los Angeles, CA, and one of Adam Geyer, the artist who designed the Ghettopoly game. Both depositions were necessary for Hasbro to prosecute its

---

[1] All exhibits are attached to the accompanying Declaration of Sneha Desai.

claims against Chang. Indeed, Magistrate Judge David Martin noted, in his opinion recommending default judgment, that he read the transcript of Chang's deposition in its entirety. (Id., ¶ 4)

The costs of $1, 337.00 for service of subpoenas is primarily for the eight (8) third-party subpoenas Plaintiff had to serve on Chang's manufacturers, fulfillment houses and accountants due to Chang's refusal to produce essential documents related to the sales of his games. (Id., ¶ 5)

The services for which fees have been charged were actually and necessarily performed. (Id., ¶ 6)

**Conclusion**

For the reasons stated above, Hasbro should be awarded costs of $4,857.60 as the prevailing party in the above-captioned matter.

Dated: March 7, 2006

Respectfully submitted,
HASBRO, INC.
By its attorneys,

Joseph Avanzato [# 4774]
Jeffrey K. Techentin [# 6651]
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200
Attorneys for Plaintiff Hasbro, Inc.

Of Counsel:

Kim J. Landsman
Sneha Desai
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000
*(Appearing Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2006, a copy of the within Memorandum of Law in Support of Plaintiff's Motion for an Award of Costs was served via first class mail, postage prepaid, on the following:

**DAVID CHANG**
**535 West Duarte Road**
**Unit 5**
**Arcadia, CA 91007**

______________________________



1259961v1