AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

DISTRICT OF Rhode Island

**Hasbro, Inc.**

**v.**

**David Chang**

**BILL OF COSTS**

Case Number: **C.A. No. 03-482T**

Judgment having been entered in the above entitled action on February 21, 2006 (*Date*) against **David Chang,**

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ **100.00** |
| Fees for service of summons and subpoena | **1337.00** |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case. | **3420.60** |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ **4857.60** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: David Chang, 535 West Duarte Road, Unit 5, Arcadia, CA 91007.

Signature of Attorney: Sneha Desai

Name of Attorney: Sneha Desai

For: Hasbro, Inc. (Name of Claiming Party)    Date: March 6, 2006

Costs are taxed in the amount of ____________________ and included in the judgment.

____________________ *Clerk of Court*    By: ____________________ *Deputy Clerk*    ____________________ *Date*

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgement or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 59 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

Global Deposition Services, Inc.
420 Lexington Avenue
Suite 2455
New York, NY 10170

# Invoice

| Date | Invoice # |
|---|---|
| 8/25/2005 | 103109 |

| Bill To |
|---|
| Patterson, Belknap, Webb & Tyler, LLP<br>1133 Avenue of the Americas<br>New York, New York 10036-6710<br>Sneha Desai, Esq. |

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 297 | Original +one of the Transcript w/word index + Condensed Transcript + ASCII | 5.50 | 1,633.50 |
| 297 | Realtime Rough ASCII/Transcript | 1.55 | 460.35 |
| 2 | Appearance Fee | 45.00 | 90.00 |
| | Videotape Services includes set-up | 300.00 | 300.00 |
| 6.5 | Videotape Services | 100.00 | 650.00 |
| | Shipping & Handling | 15.00 | 15.00 |
| | CASE: Hasboro V David Chang<br>DATE: August 5, 2005<br>DEPONENT: David Chang<br>LOCATION: Los Angeles, California | | |

Thank You for your business. CALL 212-867-7766
TAX ID# 11-3637154

FOR YOUR CONVENIENCE WE NOW ACCEPT PAYMENTS WITH VISA, MASTERCARD & AMERCIAN EXPRESS.

| | |
|---|---|
| **Subtotal** | $3,148.85 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $3,148.85 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,148.85 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 212-867-7766 | 212-867-7999 | globaldepo@msn.com | www.GlobalDeposition.com |

Pay, KJL
H0286|274

PATTERSON, BELKNAP, WEBB & TYLER LLP 1133 Avenue of the Americas * New York, NY 10036

| VENDOR # | VENDOR NAME | | | | CHECK # | CHECK DATE |
|---|---|---|---|---|---|---|
| 707755 | Global Deposition Service, Inc. | | | | 149737 | 09/ 16/ 05 |
| **VOUCHER #** | **INV DATE** | **INVOICE #** | **COMMENTS** | **GROSS** | **DISCOUNT** | **AMOUNT PAID** |
| 389367 | 08-25-2005 | 103109 | Transcripts of David Chang deposition | 3,148.85 | 0.00 | 3,148.85 |
| **CUSTOMER REF#** | | | **CHECK TOTALS** | 3,148.85 | 0.00 | 3,148.85 |

MAILED
SEP 26 2005

**PATTERSON, BELKNAP, WEBB & TYLER LLP**
OPERATING ACCOUNT
1133 Avenue of the Americas
New York, NY 10036-6710

Citibank, N.A.
Private Banking Division
666 Fifth Avenue, 5th Floor
New York, NY 10103

149737

1-8/210

09/ 16/ 05

THREE THOUSAND ONE HUNDRED FORTY-EIGHT AND 85/100 DOLLARS

$3,148.85*****

PAY TO THE ORDER OF

**Global Deposition Service, Inc.**
**420 Lexington Avenue**
**Suite 2455**
**New York, New York 10170**

PATTERSON, BELKNAP, WEBB & TYLER LLP

~~NON-NEGOTIABLE~~

Two Signatures Required if over $100,000

⑈149737⑈ ⑆021000089⑆ 09117766⑈

VCH# 390091

SRS

**SCHREIBER REPORTING SERVICE**
P.O. BOX 997 ~ ST. MARYS, PA 15857
Phone (814) 834-5337 ~ Fax (814) 834-5338

X708153

PAID
SEP 28 2005

TO:

Kim J. Landsman, Esquire
Sneha Desai, Esquire
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas, 24th Floor
New York, NY 11036

RE:

Hasbro v. Chang

Deposition of Adam Geyer taken
August 9, 2005

| | |
|---|---|
| DATE: | 8/29/2005 |
| INVOICE #: | 7672 ESN |

| | | | | |
|---|---|---|---|---|
| [redacted] | | | | |
| DATE | | DESCRIPTION | | PAYMENTS |
| | | Appearance fee | | $50.00 |
| [redacted] | | | | |
| | | Signature fee | | $15.00 |
| [redacted] | | | | |
| | | | | |
| [redacted] | | | | |
| | | | | |
| [redacted] | | | | |
| | | | | |
| [redacted] | | | | |
| | | | | |
| [redacted] | | | | |
| | | | | |
| [redacted] | | | | |
| | | | | |
| [redacted] | | | | |
| | | | | $271.75 |
| | | | | $271.75 |

*FEDERAL ID # 25-1741220 THANK YOU!*
*PLEASE RETURN COPY OF INVOICE WITH PAYMENT*
*2% INTEREST WILL BE CHARGED AFTER 30 DAYS.*

H0286/274 Pay
KJL

**PATTERSON, BELKNAP, WEBB & TYLER LLP** 1133 Avenue of the Americas * New York, NY 10036

| VENDOR # | VENDOR NAME | CHECK # | CHECK DATE |
|---|---|---|---|
| 708153 | Schreiber Reporting Service | 150048 | 09/28/05 |

| VOUCHER # | INV DATE | INVOICE # | COMMENTS | GROSS | DISCOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 390091 | 08-29-2005 | 7672 ESN | Appearance Fee, Transcript Fee, & Signature Fee | 271.75 | 0.00 | 271.75 |
| CUSTOMER REF# | | | CHECK TOTALS | 271.75 | 0.00 | 271.75 |

MAILED
OCT 04 2005

**PATTERSON, BELKNAP, WEBB & TYLER LLP**
OPERATING ACCOUNT
1133 Avenue of the Americas
New York, NY 10036-6710

Citibank, N.A.
Private Banking Division
666 Fifth Avenue, 5th Floor
New York, NY 10103

150048

1-8/210

09/28/05

TWO HUNDRED SEVENTY-ONE AND 75/100 DOLLARS

$271.75*******

PAY TO THE ORDER OF

**Schreiber Reporting Service**
**PO Box 997**
**St. Marys, PA 15857**

PATTERSON, BELKNAP, WEBB & TYLER LLP

NON-NEGOTIABLE

Two Signatures Required if over $100,000

⑈150048⑈ ⑆021000089⑆ 09117766⑈

**PATTERSON, BELKNAP, WEBB & TYLER LLP** 1133 Avenue of the Americas • New York, NY 10036

| VENDOR # | VENDOR NAME | | | | CHECK # | CHECK DATE |
|---|---|---|---|---|---|---|
| 705833 | Court Support, Inc. | | | | 148678 | 08/09/05 |
| VOUCHER # | INV DATE | INVOICE # | COMMENTS | GROSS | DISCOUNT | AMOUNT PAID |
| 387733 | 07-27-2005 | 2005002755 | | 477.50 | 0.00 | 477.50 |
| 387734 | 07-26-2005 | 2005002722 | | 185.00 | 0.00 | 185.00 |
| 387805 | 08-03-2005 | 2005002831 | Payment for services rendered | 261.00 | 0.00 | 261.00 |
| CUSTOMER REF# | | | CHECK TOTALS | 923.50 | 0.00 | 923.50 |

MAILED
AUG 15 2005

**PATTERSON, BELKNAP, WEBB & TYLER LLP**
OPERATING ACCOUNT
1133 Avenue of the Americas
New York, NY 10036-6710

Citibank, N.A.
Private Banking Division
120 Broadway
New York, NY 10271

148678

1-8/210

08/09/05

NINE HUNDRED TWENTY-THREE AND 50/100 DOLLARS

$923.50*******

PAY TO THE ORDER OF

PATTERSON, BELKNAP, WEBB & TYLER LLP

**Court Support, Inc.**
**181 Hillside Avenue**
**Williston Park, NY 11596**

NON-NEGOTIABLE

Two Signatures Required if over $100,000

⑈148678⑈ ⑆021000089⑆ 091177766⑈

# INVOICE

VCH# 387805

PAID
AUG - 9 2005

**Court Support, Inc.**
**181 Hillside Avenue**
**Williston Park, NY 11596**
**Phone: (516) 742-7455**
**Fax: (516) 742-7484**
**11-362-9812**

**Inv. # 2005002831**
**08-03-2005**

Patterson, Belknap, Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York NY 10036-6710

RECEIVED
AUG 8 2005
ACCOUNTING DEPT.

Reference Number: H0286-274
Your Contact: Matthew Finnega
**Case Number: Western C.A. NO.03-482-T**

Plaintiff:
**HASBRO, INC.**

Defendant:
**DAVID CHANG**

Completed: 7/28/2005
To be served on: ADAM GEYER

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 185.00 | 185.00 |
| Advanced Witness Fees | 1.00 | 45.00 | 45.00 |
| Federal Express to St. Mary's | 1.00 | 18.00 | 18.00 |
| Overnight Mailing of of AOS | 1.00 | 13.00 | 13.00 |
| TOTAL CHARGED: | | | $261.00 |
| **BALANCE DUE:** | | | **$261.00** |

OK TO PAY
Christine Selby
8/8/05

H0286-274
S. Desai

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

**PATTERSON, BELKNAP, WEBB & TYLER LLP** 1133 Avenue of the Americas * New York, NY 10036

| VENDOR # | VENDOR NAME | | | | CHECK # | CHECK DATE |
|---|---|---|---|---|---|---|
| 705833 | Court Support, Inc. | | | | 149349 | 08/30/05 |
| **VOUCHER #** | **INV DATE** | **INVOICE #** | **COMMENTS** | **GROSS** | **DISCOUNT** | **AMOUNT PAID** |
| 388904 | 08-23-2005 | 2005003087 | Case# Western 03-482-T - Expedited Service Fee (Pennsylvania) | 148.00 | 0.00 | 148.00 |
| 388905 | 08-23-2005 | 2005003062 | Case# Northern 03-482-T - Payment for Expedited services in Minnesota and in California | 333.00 | 0.00 | 333.00 |
| **CUSTOMER REF#** | | | **CHECK TOTALS** | 481.00 | 0.00 | 481.00 |

**PATTERSON, BELKNAP, WEBB & TYLER LLP**
OPERATING ACCOUNT
1133 Avenue of the Americas
New York, NY 10036-6710

Citibank, N.A.
Private Banking Division
666 Fifth Avenue, 5th Floor
New York, NY 10103

**149349**

1-8/210

**08/30/05**

**FOUR HUNDRED EIGHTY-ONE AND 00/100 DOLLARS** **$481.00*******

PAY TO THE ORDER OF

**Court Support, Inc.**
**181 Hillside Avenue**
**Williston Park, NY 11596**

**PATTERSON, BELKNAP, WEBB & TYLER LLP**

**NON-NEGOTIABLE**

Two Signatures Required if over $100,000

⑈149349⑈ ⑆021000089⑆ 09117766⑈

# Batch Invoice

VCH# 388905

Court Support, Inc.
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455
11-362-9812

08-23-2005
Inv. # 2005003062

Patterson, Belknap, Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York NY 10036-6710

Sneha Desai

Reference Number: H0286-274
Your Contact: Martha

Case Number: Northern 03-482-T
HASBRO, INC.
vs.
DAVID CHANG

Invoice covers Papers Served through 8/23/2005.

**ITEMIZED LISTING**

| Job | Date Served | Person Served | Amount | Amt. Due |
|---|---|---|---|---|
| 2005003062 | 8/16/2005 | ROLCO, INC | 166.50 | 166.50 |
| | Expidited Service Fee (Minnesota) | | 148.00 | |
| | Federal Express | | 18.50 | |
| 2005003063 | 8/15/2005 | SIERRA PACKAGING COMPANY | 166.50 | 166.50 |
| | Expidited Service Fee (California) | | 148.00 | |
| | Federal Express | | 18.50 | |

TOTAL CHARGED: $333.00

**TOTAL AMOUNT DUE: $333.00**

OK TO PAY
Christine [illegible]
8/29/05
H0286-274

Please enclose a copy of this invoice with your payment.

# INVOICE

VCH# 388904

**Court Support, Inc.**
**181 Hillside Avenue**
**Williston Park, NY 11596**
**Phone: (516) 742-7455**
**Fax: (516) 742-7484**
**11-362-9812**

**Inv. # 2005003087**
**08-23-2005**

Patterson, Belknap, Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York NY 10036-6710

Reference Number: H0286-274
Your Contact: M. DelGiudice
**Case Number: Western 03-482-T**

- Sneha Desai

Plaintiff:
**HASBRO, INC**

Defendant:
**DAVID CHANG**

Completed: 8/19/2005
To be served on: KAMATS & WOLFANGER, PC

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Expidited Service Fee (Pennsylvania) | 1.00 | 148.00 | 148.00 |
| TOTAL CHARGED: | | | $148.00 |
| **BALANCE DUE:** | | | **$148.00** |

RECEIVED
AUG 29 2005
ACCOUNTING DEPT.

OK TO PAY
Christina Selby
8/29/05
H0286-274

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

**PATTERSON, BELKNAP, WEBB & TYLER LLP** 1133 Avenue of the Americas * New York, NY 10036

| VENDOR # | VENDOR NAME | CHECK # | CHECK DATE |
|---|---|---|---|
| 705833 | Court Support, Inc. | 150017 | 09/28/05 |

| VOUCHER # | INV DATE | INVOICE # | COMMENTS | GROSS | DISCOUNT | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 389993 | 07-26-2005 | 2005002758 | Ref# H0286-274 - Service Fee | 225.00 | 0.00 | 225.00 |
| 390007 | 09-20-2005 | 2005003003 | Ref: H0286-274 - Job #'s 2005003003 & 2005003004 | 370.00 | 0.00 | 370.00 |
| CUSTOMER REF# | | | CHECK TOTALS | 595.00 | 0.00 | 595.00 |

10/4

MAILED
OCT 04 2005

**PATTERSON, BELKNAP, WEBB & TYLER LLP**
OPERATING ACCOUNT
1133 Avenue of the Americas
New York, NY 10036-6710

Citibank, N.A.
Private Banking Division
666 Fifth Avenue, 5th Floor
New York, NY 10103

**150017**

1-8/210

**09/28/05**

FIVE HUNDRED NINETY-FIVE AND 00/100 DOLLARS

**$595.00*******

PAY TO THE ORDER OF

**Court Support, Inc.**
**181 Hillside Avenue**
**Williston Park, NY 11596**

PATTERSON, BELKNAP, WEBB & TYLER LLP

NON-NEGOTIABLE

Two Signatures Required if over $100,000

⑈150017⑈ ⑆021000089⑆ 09117766⑈

VCH# 390007

# Batch Invoice

Court Support, Inc.
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455
11-362-9812

09-20-2005
Inv. # 2005003003

PAID
SEP 28 2005

Patterson, Belknap, Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York NY 10036-6710

Reference Number: HO286-274
Your Contact: Matthew Finnega

Sneha Desai

Case Number: Northern C.A. NO. 03-482-T
HASBRO, INC.
vs.
DAVID CHANG

Invoice covers Papers Served through 9/20/2005.

**ITEMIZED LISTING**

| Job | Date Served | Person Served | Amount | Amt. Due |
|---|---|---|---|---|
| 2005003003 | 8/10/2005 | INSIGHT WORLD GROUP | 185.00 | 185.00 |
| | Same Day Service Fee | | 185.00 | |
| 2005003004 | 8/10/2005 | EXPRESS PRODUCTIONS | 185.00 | 185.00 |
| | Attempted Same Day Service Fee (Unsuccessful) | | 185.00 | |
| | | TOTAL CHARGED: | $370.00 | |
| | | **TOTAL AMOUNT DUE:** | | **$370.00** |

OK TO PAY
Christina Solano
9/23/05

Please enclose a copy of this invoice with your payment.

SEP-13-2005 19:21 COURT SUPPORT7 P.01/01

VCH# 389993

# STATEMENT

PAID
SEP 28 2005

RECEIVED
2005
ACCOUNTING DEPT.

Court Support, Inc.
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455
11-362-9812

9/14/2005

Patterson, Belknap, Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York NY 10036-6710

Phone: (212) 336-2000
Fax: (212) 336-2222

Attn: Matthew Finnegan

Statement covers Unpaid Invoices through 8/31/2005.

**ITEMIZED LISTING**

| Invoice | Inv. Date | Person Served | Amount | Status |
|---|---|---|---|---|
| 2005002758 | 7/26/2005 | i.FULFILL.COM<br>HASBRO, INC.<br>DAVID CHANG<br>Case: C.A. NO. 03-482-T Northern Ref: H0286-274 | 225.00<br>Selena Cabrera | Past30<br>(1) |
| | | TOTAL AMOUNT DUE: | $225.00 | |

S. Desai
H0286-274

OK TO PAY
Christina [signature]
9/16/05

TOTAL P.01