UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


HASBRO, INC.


                    v.                          CA No. 03-482-T

DAVID CHANG


### ORDER GRANTING MOTION TO AMEND

        Plaintiff's Motion to Amend the Judgment to Provide for an
Injunction and Monetary Relief is hereby GRANTED.



                                  By Order


                                  _____
                                  Deputy Clerk


ENTER:

_____
Ernest C. Torres
Chief Judge

Date:  May 30   , 2006