UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.

v. CA No. 03-482-T

DAVID CHANG

**ORDER GRANTING MOTION TO AMEND**

Plaintiff's Motion to Amend the Judgment to Provide for an Injunction and Monetary Relief is hereby GRANTED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 30 , 2006