UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

HASBRO, INC.

       v.                        CA No. 03-482-T

DAVID CHANG

### ORDER GRANTING AWARD OF COSTS

Plaintiff'S Motion for an Award of Costs (Document #54) is hereby granted to the extent that Hasbro be awarded costs in the amount of $3,497.25.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: June 7, 2006