**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Hasbro, Inc.,
Plaintiff

vs. C.A. No. 03-482T

DAVID CHANG,
Defendant

# AMENDED JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to an Order entered on May 30, 2006 by this Court, default judgment hereby enters for Plaintiff Hasbro Inc. against Defendant David Chang in the amount of four hundred thousand dollars and zero cents ($400,000.00). Judgment also enters for the Plaintiff Hasbro Inc. against the Denfendant David Chang for an award of costs in the amount of three thousand four hundred and ninety seven dollars and twenty-five cents ($3,497.25). Further, Defendant David Chang is hereby permanently enjoined from manufacturing, reproducing, distributing, advertising, selling, or displaying the GHETTOPOLY game, any other products that use or display the GHETTOPOLY name or logo, and/or ghettopoly.com brand name and/or domain name, or any other product using a design or name likely to cause confusion as to source or origin with Hasbro's MONOPOLY property trading game, including but not limited to the names Redneckopoly, Hiphopopoly, Hoodopoly, Thugopoly and Latinopoly. Defendant Chang's counterclaims are hereby dismissed.

Enter:

Deputy Clerk

Dated: June 8th, 2006